Harrison J. Frahn (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
T: (650) 251-5000
F: (650) 251-5002
hfrahn@stblaw.com

Attorneys for Defendant VIRGIN ATLANTIC
AIRWAYS, LTD.

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. MATTIS and BARBARA A. ROTH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC and VIRGIN ATLANTIC AIRWAYS, LTD<br><br>Defendants. | CASE NO. CV 06-4022-EMC<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>ORDER |

Pursuant to Local Rule 6-1(a), in light of the transfer motion now pending before the Judicial Panel on Multidistrict Litigation ("JPML") captioned *In re International Air Transportation Surcharge Antitrust Litigation*, MDL Docket No. 1793, Plaintiffs Edward M. Mattis and Barbara A. Roth ("Plaintiffs") and Defendants British Airways Plc and Virgin Atlantic Airways Ltd. (collectively, the "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

-1-

IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or otherwise plead is enlarged until the later of (1) the date when the Defendants would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on the pending motion and consolidates each related action in a single court, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on Defendants.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the Defendant represented by each such counsel of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph. The above notwithstanding, should any Defendant, except pursuant to court order, respond to any complaint in a related matter filed in another United States District Court prior to the date contemplated by this stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.

-2-

Respectfully submitted,

Dated: July 26, 2006                THE FURTH FIRM, LLP

                                    /s/
                                    Michael P. Lehmann (SBN 77152)
                                    Thomas P. Dove (SBN 51921)
                                    Jon T. King (SBN 205073)
                                    THE FURTH FIRM, LLP
                                    225 Bush Street, 15th Floor
                                    San Francisco, CA  94104-4249
                                    T:  (415) 433-2070
                                    F:  (415) 982-2076

                                    *Attorneys for Plaintiffs Edward M. Mattis and Barbara A. Roth*


Dated: July 26, 2006                SULLIVAN & CROMWELL LLP

                                    /s/
                                    Brendan P. Cullen (SBN 194057)
                                    SULLIVAN & CROMWELL LLP
                                    1870 Embarcadero Road
                                    Palo Alto, California  94303
                                    T:  (650) 461-5600
                                    F:  (650) 461-5700

                                    Daryl A. Libow
                                    SULLIVAN & CROMWELL LLP
                                    1701 Pennsylvania Avenue, NW
                                    Washington, DC  20006
                                    *Attorneys for Defendant British Airways Plc*

-3-

STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
CV 06-4022-EMC

| | | |
|---|---|---|
| 1 | Dated: July 26, 2006 | SIMPSON THACHER & BARTLETT LLP |
| 2 | | |
| 3 | | Harrison J. Frahn (SBN 206822)<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street |
| 4 | | Palo Alto, California 94304<br>T: (650) 251-5000 |
| 5 | | F: (650) 251-5002 |
| 6 | | Charles E. Koob (SBN 047349)<br>SIMPSON THACHER & BARTLETT LLP |
| 7 | | 425 Lexington Avenue<br>New York, New York 10017 |
| 8 | | T: (212) 455-2000<br>F: (212) 455-2502 |
| 9 | | *Attorneys for Defendant Virgin Atlantic Airways, Ltd.* |

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge
Dated: 8/1/06

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

-4-

STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
CV 06-4022-EMC

096383-0032-08702-NY03.2534642.1                                                    07/26/2006 1:02 PM